SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
------------------------------------------------------------x
JOHN GILBERT,

                       Plaintiff,

     -against-

NEW COUNTRY MOTOR CAR GROUP INC.,
d/b/a AUDI HAWTHORNE and JASON LEE,

                       Defendants.
------------------------------------------------------------x

**NOTICE OF APPEARANCE AND DEMAND FOR COMPLAINT**

Index No. 66357/2023

PLEASE TAKE NOTICE that Defendants NEW COUNTRY MOTOR CARS GROUP OF WESTCHESTER, LLC (named incorrectly herein as New Country Motor Car Group, Inc. d/b/a Audi Hawthorne) and JASON LEE hereby appear in this action and demand that you serve a copy of the Complaint and all notices and other papers in this action upon Defendants' attorneys at the address stated below, pursuant to CPLR §3012(b).

PLEASE TAKE FURTHER NOTICE that Defendants reserve all defenses as to the jurisdiction of the court and the merits of the action, including, but not limited to, concerning jurisdiction, service of process, and all other defenses set forth in CPLR §3211(a).

Very truly yours,

JACKSON LEWIS P.C.
44 South Broadway, 14th Floor
White Plains, New York 10601
Tel.: (914) 872-6914
Fax: (914) 946-1216

By: /s/ *Matthew H. Woodard*
Matthew H. Woodard, Esq.
matthew.woodard@jacksonlewis.com

ATTORNEYS FOR DEFENDANTS

Dated: October 6, 2023
       White Plains, NY

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
-----------------------------------------------------------x

JOHN GILBERT,

                        Plaintiff,

        -against-

NEW COUNTRY MOTOR CAR GROUP INC.,
d/b/a AUDI HAWTHORNE and JASON LEE,

                       Defendants.

Index No. 66357/2023

-----------------------------------------------------------x

## **AFFIRMATION OF SERVICE**

     Matthew H. Woodard, Esq., an attorney duly admitted to practice law in the State of New York, hereby affirms the following to be true under the penalties of perjury:

1. I am over the age of eighteen, and I am not a party to this action.
2. I am an attorney in the law firm of Jackson Lewis P.C., counsel for the Defendants in this action.
3. On October 6, 2023, a true and correct copy of Defendants' Notice of Appearance and Demand for Complaint was filed via the NYSECF system, which sent notification of such filing to all counsel of record.

                                                            /s/ *Matthew H. Woodard*
                                                            Matthew H. Woodard, Esq.

4877-4320-9860, v. 1