```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOHN GILBERT,

                              Plaintiff,

        -against-                                              Case No. 7:23-cv-09137-NSR

NEW COUNTRY MOTOR CAR GROUP,
INC., d/b/a AUDI HAWTHORNE, and
JASON LEE,

                              Defendants.

-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **03/25/2024**

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED AND AGREED, by and between the Parties hereto, and their counsel who state that they have been authorized by the Parties to enter into this Stipulation, and who further state that none of the Parties hereto is an infant or incompetent, that the above-captioned action is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any Party.

Dated: February 22, 2024

By: _____
Dylan Wiley, Esq.
El-Hag & Associates, P.C.
777 Westchester Avenue, Suite 101
White Plains, NY 10604
(914) 218-6190
COUNSEL FOR PLAINTIFF

Dated: March 22, 2024

By: _____
Matthew H. Woodard, Esq.
Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, NY 10601
(914) 872-8060
COUNSEL FOR DEFENDANTS

Dated: **March 25,** 2024
**White Plains, NY**

By: _____
Nelson S. Román, U.S. District Judge

4876-0150-3648, v. 6

Doc ID: 017883ee4c801798c552d779eb213c5a5143c330